IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:11CR248 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KENNETH R. COOK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Karen M. Shanahan and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Kenneth R. Cook (Cook) (Filing No. 21). Ms. Shanahan represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Ms. Shanahan's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 21) is granted.

David J. Tarrell, 1823 Harney Street, Suite 100, Omaha, NE 68102, (402) 884-7770, is appointed to represent Cook for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Shanahan shall forthwith provide Mr. Tarrell with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to Cook's defense.

The clerk shall provide a copy of this order to Mr. Tarrell, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 13th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge